**No. 10-6669. Malcolm Ladson, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 540, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8422.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6675. Michael Gross, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 540, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8436.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6679. Mohammed Ghali, Petitioner v. Keith Roy, Warden.**

562 U.S. 1018, 131 S. Ct. 540, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8361.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 462.

**No. 10-6682. Malcolm Charles Hartzog, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 541, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8332.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6683. Brenda Lee Ford, Petitioner v. Elaine Chapman, Warden.**

562 U.S. 1018, 131 S. Ct. 541, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8401.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 513.

**No. 10-6684. Brenda Lee Ford, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 541, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8426.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 545.

**No. 10-6686. Roger B. Hargrave, Petitioner v. The Washington Post.**

562 U.S. 1018, 131 S. Ct. 541, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8431.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 365 Fed. Appx. 224.

**No. 10-6687. Armando Gaona, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 541, 178 L. Ed. 2d 397, 2010 U.S. LEXIS 8416.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.